IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEROY CANNON JR., | § | |
| TDCJ-CID NO. 1126454, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-809 |
| | § | |
| DOUGLAS DRETKE, Director, Texas | § | |
| Department of Criminal Justice-Correctional | § | |
| Institution Division, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on February 1, 2006.

 

MELINDA HARMON
UNITED STATES DISTRICT JUDGE